**SO ORDERED.**

**SIGNED** this 17 day of May, 2006.



_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| ANDREA GAYE ENNS | 05-02434-5-ATS |
|     DEBTOR | |
| | |
| BRAD ENNS AND<br>SUSAN SCHERF ENNS | ADVERSARY PROCEEDING NO. |
|     Plaintiffs | S-05-00141-5-AP |
|     v. | |
| ANDREA GAYE ENNS | |
|     Defendant. | |

### JUDGMENT

A telephonic hearing to consider the defendant's motion for summary judgment took place on April 13, 2006, and a further hearing took place in Raleigh, North Carolina on May 9, 2006, and the court granted the motion for the reasons stated in the Order Allowing Defendant's Motion for Summary Judgment, Denying Plaintiffs' Cross-motion for Summary Judgment and Dismissing Discovery Motions as Moot entered on this date. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that any debt owed by the debtor, Andrea Gaye Enns, to the plaintiffs, Brad Enns and Susan

Scherf Enns, is not excepted from discharge pursuant to 11 U.S.C. § 523(a).

**END OF DOCUMENT**